**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-62225-CIV-SMITH

ISAIAS JIMENEZ SILVANO,

Petitioner,

v.

MIAMI FIELD OFFICE DIRECTOR, *et al.*,

Respondents.
_______________________________________________/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court upon the Petition for Writ of Habeas Corpus [DE 1], Respondents' Response [DE 6], and Petitioner's Reply [DE 7]. Petitioner has been in custody since August 5, 2026, and has not received a bond hearing. Petitioner seeks release or a bond hearing pursuant to 8 U.S.C. § 1226(a). Respondents argue that the Petition should be dismissed for failure to exhaust administrative remedies. Respondents assert that because of the binding Eleventh Circuit decision *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F4th 1258 (11th Cir. 2026), a request for a bond hearing would not be futile. The Petition does not indicate that Petitioner requested a bond hearing. Thus, the Petition is dismissed for failure to exhaust administrative remedies. *See Santiago-Lugo v. Warden*, 785 F.3d 467, 475 (11th Cir. 2015) (courts may not "disregard a failure to exhaust and grant relief on the merits if the respondent properly asserts the defense."). Accordingly, it is,

**ORDERED** that:

1. The Petition for Writ of Habeas Corpus [DE 1] is **DENIED without prejudice** for failure to exhaust administrative remedies.

2. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of August, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE